Rebecca J. Hozubin
HOZUBIN, MOBERLY, LYNCH
  & ASSOCIATES
711 M Street, Suite 2
Anchorage, Alaska 99501
Phone (907) 276-5297
Fax: (907) 276-5291
Email: Rebecca@akdefenselaw.com
Alaska Bar No. 9801016

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL R. DULLEN, PR Est. of KARL I. THUMMA (Deceased 2/17/14) and KAREN R. DULLEN, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN AUTOMOBILE ASSOCIATION a/k/a AAA LIFE INSURANCE COMPANY <br><br> Defendant. | Case No. 4:16-cv-00003-SLG <br><br> **NOTICE OF REMOVAL** |

Defendant, AAA Life Insurance Company, respectfully gives notice of the removal of the above-captioned action, currently pending in the Superior Court for the State of Alaska, Fourth Judicial District at Fairbanks, under Case No. 4FA-15-02871 CI, to the United States District Court for the District of Alaska. Removal is based on diversity of citizenship under 28 U.S.C. §§ 1332 and 1441.

1. On December 9, 2015, Plaintiffs filed their Civil Complaint with the Clerk of the Superior Court for the State of Alaska, Fourth Judicial District at Fairbanks. [Ex. A.]

2. Plaintiffs allege that on February 17, 2014, Karl I. Thumma ("Decedent") died of carbon monoxide poisoning. [Ex. A at para. 5.]

3. Plaintiffs allege that Decedent was insured by two Accidental Death and Dismemberment policies issued by defendant. [Ex. A at paras. 8-9, and 22-23.]

4. Plaintiffs allege that each of the policies provided up to $150,000 of available coverage to Decedent, and thus up to $300,000 total coverage. [Ex. A at paras.11 and 23.]

5. Plaintiffs advance claims of negligence, breach of contract and misrepresentation stemming from defendants' determination that Decedent's death was not covered by the policies. [Ex. A at paras 38-40.] Plaintiffs seek the policies' benefits, costs, interest and attorney fees. [Ex. A at p. 7.]

6. 28 U.S.C. § 1332(a) provides in relevant part: "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between — (1) citizens of different States[.]"

7. Complete diversity of citizenship exists. Plaintiffs purport to be residents of Alaska. [Ex. A at 1-2.] AAA Life Insurance Company is a Michigan corporation, with its principal place of business in Michigan.

Notice of Removal
Dullen et al. v. AAA Life Insurance Co.
Page 2
Case 4:16-cv-00003-SLG   Document 1   Filed 01/15/16   Page 2 of 4

8. The Court should consider Plaintiffs' claim for attorney fees in the amount in controversy. *See*, *e.g.*, *Galt G/S v. JSS Scandinavia*, 142 F.3d 1150, 1156 (9th Cir. 1998)("We hold that where an underlying statute authorizes an award of attorneys' fees, either with mandatory or discretionary language, such fees may be included in the amount in controversy.") Thus, the policies' alleged benefits of up to $150,000 per policy ($300,000 in total), plus attorneys' fees, far exceeds the amount in controversy threshold for diversity jurisdiction.

9. Because there is complete diversity of citizenship among the parties and because the amount in controversy exceeds the jurisdictional minimum, this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332. Accordingly, this action is removable to this Court pursuant to 28 U.S.C. § 1441.

10. The Complaint was served through the Division of Insurance on December 24, 2015. [Ex. B.] Thus, this Notice of Removal is timely under 28 U.S.C. § 1441(d), and will be served upon Plaintiffs' counsel and filed promptly in State Court.

DATED this 15th day of January 2016.

> HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
> Attorneys for Defendant
>
> By: __s/Rebecca J. Hozubin_____
> Rebecca J. Hozubin
> AK Bar No.: 9806016
> Hozubin, Moberly, Lynch & Associates
> 711 M Street, Suite 2
> Anchorage, AK 99501
> Phone: 907-276-5297
> Fax: 907-276-5291
> E-mail: rebecca@akdefenselaw.com

CERTIFICATE OF SERVICE
I hereby certify that on the 15th day of January, 2016, a true and correct copy of the foregoing was served electronically and by U.S. mail on the following:

Ward Merdes, Esq.
Merdes Law Office, P.C.
P.O. Box 71309
Fairbanks, AK 99707


HOZUBIN, MOBERLY, LYNCH & ASSOCIATES

By: s/Rebecca J. Hozubin
9100/584/Court Docs/Notice of Removal

Notice of Removal
Dullen et al. v. AAA Life Insurance Co.
Page 4
Case 4:16-cv-00003-SLG   Document 1   Filed 01/15/16   Page 4 of 4