# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

MICHAEL R. DULLEN, PR Est. of
KARL I. THUMMA (Deceased 2/17/14)
and KAREN R. DULLEN,
    Plaintiffs,

Case Number 4:16-cv-00003-SLG

v.

AMERICAN AUTOMOBILE
ASSOCIATION a/k/a AAA LIFE
INSURANCE COMPANY,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT**. This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT Plaintiffs recover nothing, the action be dismissed on the merits, and the defendant American Automobile Association a/k/a AAA Life Insurance Company recover costs from the plaintiffs Michael R. Dullen, PR Estate of Karl I. Thumma and Karen R. Dullen.

APPROVED:

*Sharon L. Gleason*
Sharon L. Gleason
United States District Judge

Date: August 4, 2016

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

*Lesley K. Allen*
Lesley K. Allen,
Clerk of Court

[Jmt2 - Basic - rev. 1-13-16}