Ward Merdes, AB No.: 8906027
Merdes Law Office P.C.
P.O. Box 71309
Fairbanks, AK 99707
(p) 907 452-5400 (f) 907 452-8879
E-mail: ward@merdes.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL R. DULLEN, PR FOR EST. OF KARL I. THUMMA (Deceased 02/17/14) and KAREN R. DULLEN,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AUTOMOBILE ASSOCIATION a/k/a AAA LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 4:16-CV-00003-SLG<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEAL**

Notice is hereby given that Michael R. Dullen, PR for Estate of Karl I. Thumma (Deceased 02/17/14) and Karen R. Dullen, Plaintiffs in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on August 4, 2016.

DATED this 29th day of August, 2016.

                MERDES LAW OFFICE, P.C.
                Attorney for Plaintiffs

                By: /s/
                   Ward Merdes, AB No.: 8906027

On 08/29/16 a copy of the forgoing was
served electronically upon the following:

Rebecca J. Hozubin, Esq.
rebecca@akdefenselaw.com

/s/
Ward Merdes