UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

SEP 13 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL R. DULLEN, PR Est. of Karl I. Thumma (Deceased 02/17/2014) and KAREN R. DULLEN, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> AMERICAN AUTOMOBILE ASSOCIATION, AKA AAA Life Insurance Company, <br><br> Defendant - Appellee. | No. 16-35699 <br><br> D.C. No. 4:16-cv-00003-SLG <br> U.S. District Court for Alaska, Fairbanks <br><br> **MANDATE** |

The judgment of this Court, entered August 22, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $18.20.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7